# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Jenkins,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CBE Group, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 2:15-cv-06400-BRO-FFM<br><br>**ORDER ON STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Removal Date:　　8/21/15 |

Based upon the Stipulation to Dismiss by Plaintiff Matt Jenkins and Defendant The CBE Group, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice, all parties to bear his or its own attorneys' fees and costs.

**IT IS HEREBY ORDERED**

Dated: November 12, 2015　　　　[signature]
　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　UNITED    STATES    DISTRICT    COURT    JUDGE